Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

## SOUTHERN DISTRICT OF CALIFORNIA

08 JUN -3 PM 3:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

Jack Lavell

vs

San Diego Community College District

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0985 WQH WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jack Lavell
6523 Lanston St
San Diego, CA 92111

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 03 2008
DATE

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)