# PROOF OF SERVICE

## (State and Federal Court)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 2488 Historic Decatur Road, Suite 200, San Diego, California 92106-6113.

On June 24, 2008, I served the following document(s):

DEFENDANT SAN DIEGO COMMUNITY COLLEGE DISTRICT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SAN DIEGO COMMUNITY COLLEGE DISTRICT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

☒ **BY MAIL** by depositing in the United States Postal Service mail box at 2488 Historic Decatur Road, Suite 200, San Diego, California 92106, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Jack Lavell — In Pro Per
6523 Lanston Street
San Diego, CA 92111

☐ **BY OVERNIGHT COURIER** by depositing in the facility regularly maintained by OVERNIGHT EXPRESS at 2488 Historic Decatur Road, San Diego, California 92106, a true copy thereof in a sealed envelope with delivery fees fully provided for and addressed as follows:

Jack Lavell — In Pro Per
6523 Lanston Street
San Diego, CA 92111

☐ **BY ELECTRONIC SERVICE** On the date executed below, I served the document(s) via CM/ECF described as ***** on designated recipients through electronic transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 24, 2008, at San Diego, California.

ANN POSTHILL

STUTZ ARTIANO SHINOFF & HOLTZ
*A Professional Corporation*